# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06-CV-17-V

| | |
|---|---|
| TEAM EJP RACING, LLP, ) | |
|     Plaintiff, ) | |
| v. ) | **O R D E R** |
| ) | |
| DAVID DOLLAR and MORGAN-DOLLAR ) | |
| MOTORSPORTS, LLC, ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion following the filing of Defendant David Dollar's Motion to Dismiss (doc. # 5) on February 3, 2006. The Plaintiff has not responded.

The Defendant David Dollar ("Mr. Dollar") moves to dismiss the Plaintiff's Complaint against him with prejudice. Mr. Dollar alleges that his conduct in the alleged transaction was within the scope of his duties as Morgan-Dollar Motorsports, LLC's ("Morgan-Dollar") officer and employee (doc. # 5 ¶ 3) and that the Complaint makes no allegation that Mr. Dollar is a party individually to any agreement or understanding between the two companies or has otherwise undertaken any individual liability to the Plaintiff (doc. # 5 ¶ 2).

The Plaintiff has failed to respond to Defendant's motion within the time provided. Local Rule 7.1(B) provides that "[r]esponses to motions, if any, shall be filed within fourteen (14) days of the date on which the motion is served . . .." The Plaintiff's response was due to be filed no later than February 21, 2006.

**NOW THEREFORE IT IS ORDERED** that the Plaintiff shall file its Response on or before **June 5, 2006**. The Defendant shall file its Reply within seven days of the Plaintiff's filing of Response.

Signed: May 19, 2006

Richard L. Voorhees
Chief United States District Judge