IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:06-CV17-V

| | |
|---|---|
| TEAM EJP RACING, LLP,<br><br>          **Plaintiff,**<br><br>v.<br><br>DAVID DOLLAR and MORGAN-DOLLAR MOTORSPORTS, LLC,<br><br>          **Defendants.** | ORDER |

Pursuant to Local Rule 83.1(B) and for good cause shown, the Motion for Special Admission of A Visiting Attorney - Local Rule 83.1(B) (document #21) filed November 13, 2006 for admission *pro hac vice* of Michael A. Hodgins, Esq. of the law firm of Bernstein Shur of Augusta, Maine is hereby **GRANTED**. The Court notes that attorney John G. Golding will be serving as local counsel in this matter.

**IT IS FURTHER ORDERED** that Michael A. Hodgins shall pay to the Court the fees required by Local Rule 83.1(B).

Signed: November 14, 2006

David C. Keesler
United States Magistrate Judge