IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:06-CV-17

| | |
|---|---|
| TEAM EJP RACING, LLP, <br><br> Plaintiff, <br><br> v. <br><br> DAVID DOLLAR and MORGAN-DOLLAR MOTORSPORTS, LLC, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** upon the written request of counsel for both parties for assistance in setting a judicial settlement conference as their preferred method of ADR. The parties' request for a judicial settlement conference is **GRANTED**, and the parties are informed that the conference will be conducted by United States Magistrate Judge Dennis L. Howell of Asheville, North Carolina. Counsel are directed to jointly telephone Judge Howell's chambers as soon as possible to discuss the logistics and timing of the conference. Following the completion of the conference, counsel are directed to inform the undersigned of the result. The undersigned wishes to thank Judge Howell and his staff for their willingness to conduct this settlement conference.

**SO ORDERED.**

Signed: February 2, 2007

David C. Keesler
United States Magistrate Judge